## WILL NORRIS v. STATE.

No. A-2128. Opinion Filed November 6, 1914.

Appeal from District Court, Sequoyah County;

John H. Pitchford, Judge.

Will Morris was convicted of manslaughter, and appeals. Dismissed.

E. M. Frye and Curtis & Pitchford, for plaintiff in error.

C. J. Davenport, Asst. Atty. Gen, for the State

PER CURIAM The plaintiff in error, Will Morris, was convicted at the May, 1913, term of the district court of Sequoyah county on a charge of manslaughter and his punishment fixed at imprisonment in the state penitentiary for a period of seven years The appeal was filed in this court on the 12th day of November, 1913. On the 6th day of November, 1914, counsel for plaintiff in error filed the following motion to dismiss the appeal: ''Comes now Will Morris, the above named plaintiff in error, by his attorneys, Curtis & Pitchford and E. M. Frye, and states to the court that he desires to withdraw his appeal herein, and requests the court to dismiss the same and enter its order placing the sentence and judgment of the lower court into effect at once, in order that he may immediately begin serving his sentence. Wherefore, premises considered, petitioner prays an order of this court dismissing his appeal herein, and directing that the judgment and sentence of the court below become immediately effective.''

The motion is sustained and the appeal dismissed. The clerk is directed to issue mandate forthwith.

## NICHOLAS BILLY v. STATE.

No. A-2126. Opinion Filed November 7, 1914.

Appeal from County Court, Stephens County;

J. W. Marshall, Judge.

Nicholas Billy was convicted of violating the prohibitory law, and appeals. Affirmed.

Womack & Brown, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen, for the State

PER CURIAM. The plaintiff in error, Nicholas Billy, was convicted at the September, 1913, term of the county court of Stephens county on a charge of unlawfully conveying intoxicating liquor from one place in said county to another place therein, and his punishment fixed at a fine of fifty dollars and imprisonment in the county jail for a period of thirty days.

An examination of the briefs and record discloses no error sufficient to justify a reversal of the judgment. The judgment of the trial court is, therefore, affirmed.